FILED
01 MAR 15 AM 10: 09
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
MAR 15 2001

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| RANDY REED, | ) |
| Plaintiff, | ) |
| vs. | ) CV 99-C-0895-W |
| DAVID GAY, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 21, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief can be granted. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 14th day of March, 2001.

U. W. CLEMON
CHIEF DISTRICT JUDGE

